# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

IN RE:

**STEPHANE ANDRE PAUL GAUDEMER**
**DAWN KIMBERLY GAUDEMER,**
    **Debtors.**

**CASE NO.: 9:11-bk-05276-JPH**
**Chapter 13**

_____/

## AMENDMENT TO CHAPTER 13 PLAN

*COMES NOW* the Debtors, **STEPHANE ANDRE PAUL GAUDEMER** and **DAWN KIMBERLY GAUDEMER,** by and through the undersigned Attorney, hereby files their Amendment to Chapter 13 Plan.

## DECLARATION

We, **STEPHANE ANDRE PAUL GAUDEMER and DAWN KIMBERLY GAUDEMER,** named as Debtors in this case, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my information and belief.

*/s/ Stephane Andre Paul Gaudemer*
Stephane Andre Paul Gaudemer, Debtor

*/s/ Dawn Kimberly Gaudemer*
Dawn Kimberly Gaudemer, Co-Debtor

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronic mail to all creditors on attached matrix and the Trustee, Jon Waage, PO Box 25001, Bradenton, FL 34206-5001 on this 12th day of July 2011.

*/s/ Richard V. Ellis_____*
Richard V. Ellis, Esquire
Hausburg & Ellis, P.A.
3202 North Tamiami Trail
Sarasota, Florida 34234
Phone: (941)351-9111
Fax: (941)351-9804
Florida Bar No. 0288322
Attorney for Debtors

Label Matrix for local noticing
113A-9
Case 9:11-bk-05276-JPH
Middle District of Florida
Ft. Myers
Tue Jul 12 17:02:27 EDT 2011

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Dawn Kimberly Gaudemer
12034 Venetian Dr
Punta Gorda, FL 33955-2916

Stephane Andre Paul Gaudemer
12034 Venetian Dr
Punta Gorda, FL 33955-2916

Jeffery P. Hopkins
Tampa

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank, NA
P.O. Box 25018
Tampa, FL 33622-5018

American Express
P O Box 360001
Fort Lauderdale, FL 33336-0001

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BACK BOWL I LLC
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Card Member Services
P O Box 94014
Palatine, IL 60094-4014

Citi Card
PO Box 183113
Columbus, OH 43218-3113

Collection Information
Bureau, Inc
P O Box 1467
Lake Worth, FL 33460-1467

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P O Box 30398
Salt Lake City, UT 84130-0398

Discover Financial Services
P O Box 6103
Carol Stream, IL 60197-6103

Gatewood Enterprise's Inc.
2106 West Gardenia Circle
North Fort Myers, FL 33917-3226

Home Depot Credit
Processing Center
Des Moines, IA 50364-0500

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Knighton
3333 South East 10th Place
Cape Coral, FL 33904-4202

Lee Memorial
Health System
P O Box 150107
Cape Coral, FL 33915-0107

Lee Memorial Health System
Attn: Legal Services
P.O. Drawer 2218
Fort Myers, FL 33902-2218

MEDICAL ANESTHESIA & PAIN MGMT CONSULT
Revenue Recovery Corporation
PO Box 2698
Knoxville, TN 37901-2698

Medical Anesthesia
4048 Evans Ave
Fort Myers, FL 33901-9322

Merchants Association
Collection Division, Inc
P O Box 2842
Tampa, FL 33601-2842

Revenue Recovery
Corporation
P O Box 341308
Memphis, TN 38184-1308

Sear's Credit Cards
P O Box 183081
Columbus, OH 43218-3081

Sear's Master Card
P O Box 183082
Columbus, OH 43218-3082

Suncoast FCU
P O Box 11904
Tampa, FL 33680-1904


TARGET NATIONAL BANK
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Target
P O Box 660170
Dallas, TX 75266-0170

Walmart/GEMA
PO Box 530927
Atlanta, GA 30353-0927


Wells Fargo Bank
2536 Ciuntry Side Blvd
Clearwater, FL 33763-1633

Wells Fargo Bank, NA
1 Home Campus
Bankruptcy Payment Processing
MAC# x2302-04c
Des Moines, IA 50328-0001

Richard V Ellis +
Hausburg & Ellis, PA
3202 North Tamiami Trail
Sarasota, FL 34234-5862


Jon Waage +
P O Box 25001
Bradenton, FL 34206-5001

Teresa M Hair +
Florida Default Law Group, PL
PO  Box 25018
Tampa, FL 33622-5018

Rubina K Shaldjian +
Florida Default Law Group, P.L.
Post Offcie Box 25018
Tampa, FL 33622-5018


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dell Preferred Account
Payment Processing Center
P O Box 6403
Carol Stream, IL 60197-6403

End of Label Matrix
Mailable recipients      41
Bypassed recipients       0
Total                    41

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CHAPTER 13 PLAN**

Debtor(s):  **Stephane Andre Paul Gaudemer**
　　　　　　 **Dawn Kimberly Gaudemer**　　　　　　　　Case No:　**9:11-bk-05276**

[ **FIRST** Amended (if applicable)] Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of ___60___ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| A. | $ 1,575.00 | for months | 1 | to | 3 | ; |
| B. | $ 150.00 | for months | 4 | to | 60 | ; |
| C. | $ | for months |   | to |   | ; |

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $ 3,500.00    TOTAL PAID $ 2,000.00**

**Balance Due $ 1,500.00    Payable Through Plan $____ Monthly**

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| -NONE- | |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

　　　　**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
|---|---|---|
| -NONE- | | |

　　　　**(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| -NONE- | | | |

　　　　**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| -NONE- | | | |

---

[1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot Pmt. | Sec. Balance | Interest @ ____%. |
|----------|-----------|---------------|--------------|-------------------|
| -NONE- | | | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Interest @ ____ |
|----------|-----------|----------------------|-------|-----------------|
| -NONE- | | | | |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
|------------------|-----------|------------------------|------------|
| -NONE- | | | |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|------------------|---------------------|
| Gatewood Enterprise's Inc. | Tools required for work (Matco) |
| Suncoast FCU | 2005 Chevy Impala |
| | Son is the sole driver of this vehicle |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|------------------|---------------------------------------|
| Wells Fargo Bank* | 12034 Venetian Drive<br>Punta Gorda, FL 33955 |
| Debtors are seeking to enter into an agreeable loan modification* | |

**SECURED-LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|------------------|-----------|------------------|
| -NONE- | | |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|------------------|----------|-------------------------|-------------------|
| -NONE- | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ __3,500.00__ .

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

2

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions:


**/s/ Stephane Andre Paul
Gaudemer**                         Debtor                          Dated: **July 12, 2011**


**/s/ Dawn Kimberly Gaudemer**        Debtor                          Dated: **July 12, 2011**

3

# United States Bankruptcy Court
## Middle District of Florida

In re **Stephane Andre Paul Gaudemer**
**Dawn Kimberly Gaudemer**
_____
                                    Debtor(s)

Case No. _____
Chapter    **13**    _____

## AMENDED DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned,    **Stephane Andre Paul Gaudemer and Dawn Kimberly Gaudemer**    , declares under penalty of perjury that:

1.    I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.    The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.    I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
**Stephane Andre Paul Gaudemer**
Signature of Debtor
or other claimant

_____
**Dawn Kimberly Gaudemer**
Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title

AMENDED CHAPTER 13 PLAN

Date Executed    07/12/11
_____
_____
_____
_____