Stephane Andre Paul Gaudemer
Dawn Kimberly Gaudemer
12034 Venetian Drive
Punta Gorda, FL 33955

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Stephane Andre Paul Gaudemer                                    Case No. 11-05276-FMD
Dawn Kimberly Gaudemer
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF**
**PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**
**AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER**
**TO FILE THE DOMESTIC SUPPORT CERTIFICATION**
**INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)**

Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) would be entitled to their Discharge if all other requirements have been met.

Dated February 24, 2016.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Copies furnished electronically or by U.S. Mail to:

Stephane Andre Paul Gaudemer
Dawn Kimberly Gaudemer
12034 Venetian Drive
Punta Gorda, FL  33955

Richard V. Ellis, Esq.
Hausburg & Ellis, PA
3202 North Tamiami Trail
Sarasota, FL  34234-